**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7574

ANDRE P. TOWNSEND,

Plaintiff - Appellant,

versus

ROBIN CHAVIS, Associate Warden; ANTHONY
HOUSTON; JAMES BETHEA, Classification; JOHN
JONES, Lieutenant; OFFICER SMITH; OFFICER
LOTT; OFFICER REDFEARN,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Patrick Michael Duffy, District
Judge.  (CA-02-4060)

Submitted:  February 16, 2005          Decided:  March 16, 2005

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andre P. Townsend, Appellant Pro Se. Andrew Foster McLeod, HARRIS
& MCLEOD, Cheraw, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andre P. Townsend appeals the district court's orders accepting the recommendation of the magistrate judge in part and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Townsend v. Chavis</u>, No. CA-02-4060 (D.S.C. Apr. 15 & Sept. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>